IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

OMRI YIGAL, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-010
)
CHATHAM COUNTY DEPARTMENT OF )
CHILDREN SERVICES, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After careful consideration, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, this case is **DISMISSED WITHOUT PREJUDICE**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this  19th  day of February 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Because the Court lacks jurisdiction over this matter, Plaintiff's Motion to Appoint Counsel (Doc. 3) and Motion to Modify Order Granting Temporary Custody (Doc. 4) are **DISMISSED AS MOOT**.