# United States District Court
## Southern District of Georgia

Omri Yigal

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV418-10

Chatham County Department of Children Services

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 2/19/18, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice.



2/20/18
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*